## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elard Thomas, individually, and as the personal representative of the estate of Amber Thomas,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>United States of America,<br><br>　　　　Defendant. | **ORDER**<br><br>Case No. 1:20-cv-173 |

On joint motion of the parties, the Court stayed the above-captioned action pending further order. (Doc. Nos. 7, 8). On January 11, 2022, the parties filed a Joint Motion to Lift Stay and Set Briefing Scheduling. (Doc. No 12). The Court **GRANTS** the motion (Doc. No. 12) and **ORDERS**:

1. The stay in this matter is lifted.

2. The United States shall file its Answer or Rule 12 Motion to Dismiss by March 11, 2022.

3. Responses to any Motion to Dismiss shall be filed by April 1, 2022.

4. Replies to any Motion to Dismiss shall be filed by April 22, 2022.

Dated this 12th day of January, 2022.

　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court