IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elard Thomas, individually, and as the personal representative of the estate of Amber Thomas,<br><br>        Plaintiff,<br><br>v.<br><br>United States of America,<br><br>        Defendant. | **ORDER GRANTING JOINT MOTION TO STAY**<br><br>Case No. 1:20-cv-173 |

On April 19, 2022, the parties filed a Joint Motion to Stay Proceedings. They request that the Court stay this matter pending a determination from the Secretary of Labor ("Secretary") as to whether the Federal Employees' Compensation Act ("FECA") provides coverage for the injuries alleged by Plaintiff in the Complaint.

The Court **GRANTS** the motion (Doc. No. 16). This matter is stayed pending the Secretary's determination of whether FECA provides coverage for Plaintiff's alleged injuries. The parties shall file joint report by July 1, 2022, advising it of the status of the FECA proceedings if the Secretary has not made a determination by that date.

**IT IS SO ORDERED.**

Dated this 20th day April, 2022.

                                                                                    */s/ Clare R. Hochhalter*
                                                                                     Clare R. Hochhalter, Magistrate Judge
                                                                                     United States District Court